IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARREN M. PETERS,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>              Defendants. | CASE NO. 4:13CV3001<br><br>ORDER |

      This matter is before the Court on the Plaintiff's Application and Affidavit for Leave to Proceed In Forma Pauperis (Filing No. 2). Based on a review of the Plaintiff's application and affidavit, the Court finds that payment of any fees and posting of any bond should be waived, and the Plaintiff should be permitted to proceed in forma pauperis. Accordingly,

      IT IS ORDERED:

      1.    The Plaintiff's Application and Affidavit for Leave to Proceed In Forma Pauperis (Filing No. 2) is granted, and payment of costs and fees is not required for filing of the appeal;

      2.    If requested to do so, the U.S. Marshal will serve process in this case without prepayment of fees. In making such a request, Plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Complaint; and

      3.    This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including the Plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after the completion of this action.

      Dated this 10th day of January, 2013.

                                                              BY THE COURT:

                                                             s/Laurie Smith Camp
                                                            Chief United States District Judge